IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 5:13cr120CB-FKB
18 U.S.C. § 1792

JOEL OSWALDO RAMIREZ-NUNEZ

**The Grand Jury charges:**

That on or about May 20, 2012, in Adams County, in the Western Division of the Southern District of Mississippi, the defendant, **JOEL OSWALDO RAMIREZ-NUNEZ**, aided and abetted by others known and unknown to the Grand Jury, willfully instigated, connived, attempted to cause, assisted and conspired to cause a mutiny and riot at the Adams County Correctional Center, a federal penal, detention, and correctional facility, in violation of Sections 1792 and 2, Title 18, United States Code.

GREGORY K. DAVIS
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the 20th day of November, 2013.

UNITED STATES MAGISTRATE JUDGE