CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

CITY: Natchez

COUNTY: Adams County

RELATED CASE INFORMATION:
SUPERSEDING INDICTMENT ____ DOCKET # 5:13CR12DCB-FKB
SAME DEFENDANT ____ NEW DEFENDANT ____
MAGISTRATE JUDGE CASE NUMBER 3:13mj607
R 20/ R 40 FROM DISTRICT OF ____

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV 20 2013
J. T. NOBLIN, CLERK
BY_____ DEPUTY

**DEFENDANT INFORMATION:**

JUVENILE: ____ YES  X  NO

MATTER TO BE SEALED: ____ YES  X  NO

NAME/ALIAS: Joel Oswaldo Ramirez-Nunez

**U.S. ATTORNEY INFORMATION:**

AUSA  Patrick A. Lemon       BAR # 9740

INTERPRETER: ____ NO  X  YES   LIST LANGUAGE AND/OR DIALECT: Spanish

LOCATION STATUS:    ARREST DATE October 29, 2013

 X  ALREADY IN FEDERAL CUSTODY AS OF October 29, 2013 with U. S. Marshal
____ ALREADY IN STATE CUSTODY
____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: 1    ____ PETTY   ____ MISDEMEANOR   X  FELONY

| (Clerk's Office Use Only) | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1   18:1792.F | 18 U.S.C. § 1792 | Mutiny and Riot Prohibited in federal, penal, detention, or correctional facility | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |

Date: 11-8-13     SIGNATURE OF AUSA: _(signed)_

(Revised 2/26/10)